## 11727. HAUGABOOK *v.* THE STATE.

LUKE, J. The evidence in this case was sufficient to authorize the conviction of the defendant; and since the verdict of guilty has the approval of the trial judge, and there being no assignments of error insisted upon except the general grounds of the motion for a new trial, it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 16, 1920.

Indictment for manufacture of intoxicating liquor; from Macon superior court — Judge Littlejohn. June 24, 1920.

*Gilbert C. Robinson,* for plaintiff in error.

*Jule Felton, solicitor-general,* contra.